FILED
JAN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Criminal Case No. 08CR192-BEN |
|                                 ) | |
| Plaintiff,   ) | I N F O R M A T I O N |
|                                 ) | |
| v.                              ) | Title 8, U.S.C., Sec. 1325 - |
|                                 ) | Illegal Entry (Misdemeanor); |
| FELIPE FRANCO-GUILLEN,          ) | Title 8, U.S.C., Sec. 1325 - |
|                                 ) | Illegal Entry (Felony); |
| Defendant.   ) | Title 8, U.S.C., Sec. 1325 - |
|                                 ) | Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about FEBRUARY 1998, within the Southern District of California, defendant FELIPE FRANCO-GUILLEN, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

CJB:mg:San Diego
1/3/08

Count 2

On or about _July 1999_, within the Southern District of California, defendant FELIPE FRANCO-GUILLEN, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about December 21, 2007, within the Southern District of California, defendant FELIPE FRANCO-GUILLEN, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: _1/23/08_.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney