AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JAN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES OF AMERICA

v.

FELIPE FRANCO-GUILLEN

WAIVER OF INDICTMENT

CASE NUMBER: 08CR 192-BEN

I, <u>FELIPE FRANCO-GUILLEN</u>, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___1/24/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Felipe Guillen Franco_
Defendant

_[signature]_
Counsel for Defendant

Before ___[signature]___
JUDICIAL OFFICER