AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **CALIFORNIA**

UNITED STATES OF AMERICA
V.

Felipe Franco Guillen

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR 192-BEN

I, Felipe Franco Guillen, the above named defendant, who is accused of

Count 1: Illegal Entry - 8 USC 1325, a misdemeanor
Count 2: Illegal Entry - 8 USC 1325, a felony

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/26/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Felipe Franco Guillen_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd

**FILED**
FEB 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _JMJ_ DEPUTY