# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Judge Roger T. Benitez
FROM: J. Hinkle, Deputy Clerk   RECEIVED DATE: 7/31/08
CASE NO.: 08cr192-BEN   DOCUMENT FILED BY: Felipe Franco-Guillen
CASE TITLE: USA v Franco-Guillen
DOCUMENT ENTITLED: Dft's objection to Probabtion / SR

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Case is closed. Case # referenced is incorrect. This is the only case I found for Dft's name. |

Date forwarded: 8/01/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Benitez

Dated: 8/19/08   By: RJN
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Defendant. ) <br> FRANCO-GUILLEN, FELIPE ) | Case Number: 05-1019301-JTM <br><br> DEFENDANT'S OBJECTIONS TO THE COURT'S IMPOSITION OF PROBATION / SUPERVISED RELEASE. |

(A).-          STATEMENT OF THE ISSUES PRESENTED

1.-Whether the District Court has Jurisdiction to revoke Defendant's Supervise Release term.

2.-Whether Supervised Release would be properly revoke when the Government "did not" provide with the conditions that Mr. FRANCO-GUILLEN is charged with violating.

3.-Whether the imposition of Probation / Supervise Release is proper when the relevant Title 8 U.S.C. § 1326 does not mandate the imposition of that separte sentence.

FRANCO-GUILLEN, FELIPE
Reg. No.: 02271-081
California City Correctional Center
P.O. Box 2590
California City, CA 93504

IN PROPRIA PERSONA

-1-